```
Priority    ____
Send        ____
Enter       ____
Closed      ____
JS-5/JS-6   ✓
JS-2/JS-3   ____
Scan Only   ____
```

FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT, WESTERN DIVISION

| | |
|---|---|
| POONAN PANT,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., dba UNITED AIRLINES,<br><br>　　　　　　Defendants. | CASE NO. CV-10 6573 SVW (CWx)<br>Assigned for All Purposes to:<br>The Honorable Stephen V. Wilson<br><br>[PROPOSED] ORDER ON STIPULATION RE: DISMISSAL<br>[*Federal Rule of Civil Procedure* 41(a)(1)] |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BETWEEN THE PARTIES:**

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(1).

DATED: 3/31/11

_____
HONORABLE JUDGE OF THE
U.S. DISTRICT COURT

1
[PROPOSED] ORDER ON STIPULATION RE: DISMISSAL